Melissa S. Hayward
  Texas Bar No. 24044908
  MHayward@FranklinHayward.com
Julian P. Vasek
  Texas Bar No. 24070790
  JVasek@FranklinHayward.com
**FRANKLIN HAYWARD LLP**
10501 North Central Expy., Suite 106
Dallas, Texas 75231
(972) 755-7100 (*tel.*)
(972) 755-7110 (*facsimile*)

**COUNSEL FOR FPMC FORT WORTH REALTY PARTNERS, LP**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **FPMC FORT WORTH REALTY** | § | **CASE NO. 15-44791-MXM** |
| **PARTNERS, LP,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT the following applications have been set for hearing on **Thursday, January 28, 2016 at 1:30 p.m.** before the Honorable Mark X. Mullin, Room 128, U.S. Courthouse, 501 W. 10th Street, Fort Worth, TX 76102:

1. *Motion for Interim and Final Orders Authorizing the Debtor to Use Cash Collateral*;

2. *Application for Order Authorizing the Employment of Franklin Hayward LLP as General Bankruptcy Counsel*; and

3. *Application for Order Authorizing the Employment of Diamond McCarthy, LLP as Real Estate Counsel for Debtor*.

December 23, 2015

Respectfully submitted,

**FRANKLIN HAYWARD LLP**

By: */s/ Melissa S. Hayward*
    Melissa S. Hayward
      Texas Bar No. 24044908
      MHayward@FranklinHayward.com
    Julian P. Vasek
      Texas Bar No. 24070790
      JVasek@FranklinHayward.com
    10501 North Central Expy., Suite 106
    Dallas, Texas 75231
    (972) 755-7100 (*tel.*)
    (972) 755-7110 (*facsimile*)

**COUNSEL FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of this *Notice of Hearing* was served either electronically by the clerk of court or via first class United States mail, postage prepaid, on December 23, 2015 upon the parties appearing on the attached service lists.

                      */s/ Melissa S. Hayward*
                      Melissa S. Hayward