Jacob B. Kring
Texas Bar No. 24062831
jacob@hedrickkring.com
Joel B. Bailey
Texas Bar No. 24069330
joel@hedrickkring.com
**HEDRICK KRING, PLLC**
1700 Pacific Ave., Suite 4650
Dallas, Texas 75201
(214) 880-9600 (telephone)
(214) 481-1844 (facsimile)

*Counsel for Neal Richards Group, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **BANKRUPTCY NO. 15-44791-MXM** |
| **FPMC FORT WORTH REALTY** | § | |
| **PARTNERS, LP,** | § | **CHAPTER 11 PROCEEDING** |
| | § | |
| **DEBTOR.** | § | |

**NOTICE OF WITHDRAWAL OF APPLICATION OF NEAL RICHARDS GROUP, LLC
FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A
SUBSTANTIAL CONTRIBUTION TO THIS CHAPTER 11 CASE PURSUANT TO
11 U. S.C. § 503(b)**

Neal Richards Group, LLC ("NRG") respectfully submits this *Notice of Withdrawal of Application of Neal Richards Group, LLC for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution to this Chapter 11 Case Pursuant to 11 U.S.C. § 503(b)* (the "Withdrawal"). In support of this Withdrawal, NRG respectfully represents as follows:

1. On October 27, 2016, NRG filed its Application of Neal Richards Group, LLC for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution to this Chapter 11 Case Pursuant to 11 U.S.C. § 503(b) [Dkt. No. 176].

2. NRG hereby withdraws its Application of Neal Richards Group, LLC for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution to this Chapter 11 Case Pursuant to 11 U.S.C. § 503(b) without prejudice.

1

Date: April 5, 2017

Respectfully submitted,

*/s/Jacob B. Kring*

**Jacob B. Kring**
Texas State Bar No. 24062831
**Joel B. Bailey**
Texas State Bar No. 24069330

**HEDRICK KRING, PLLC**
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Phone:  (214) 880-9600
Fax:      (214) 481-1844
Jacob@HedrickKring.com
Joel@HedrickKring.com

**ATTORNEYS FOR NEAL RICHARDS GROUP, LLC**

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/Jacob B. Kring*
Jacob B. Kring